```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
MOHAMED ALSAEDI, ADEN 1 DELI                                     :
GROCERY CORP.,                                                   :
                                                                 :
                                       Plaintiffs,               :
                                                                 :
                  -against -                                     :
                                                                 :
UNITED STATES OF AMERICA, UNITED                                 :
TSATES DEPARTMENT OF AGRICULTURE,                                :
FOOD AND NUTRITION SERVICE,                                      :
                                                                 :
                                       Defendants.               :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2020

1:20-cv-4675-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court has reviewed the documents submitted by Plaintiffs in support of their order to show cause. The declaration by counsel in support of the application, however, is unsigned. See Dkt. No. 2-1 at 8. The Court will not act on the application until this deficiency is remedied.

SO ORDERED.

Dated: June 18, 2020

_____
GREGORY H. WOODS
United States District Judge